# Court of Appeals
# of the State of Georgia

ATLANTA, _September 26, 2013_

*The Court of Appeals hereby passes the following order:*

**A14D0019.  KENYATTA SAPP v. MARK BUTLER et al.**

On July 30, 2013, the superior court entered an order affirming an administrative decision to deny unemployment compensation benefits to Kenyatta Sapp.  On August 30, 2013, Sapp filed an application for discretionary appeal in this Court.  To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Because this application was filed 31 days after entry of the order to be appealed, it is untimely and we lack jurisdiction to consider it.  Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* _09/26/2013_
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*